# EXHIBIT 1

Exhibit 1



Casey McGowan
Office Manager
Tank Masters Environmental Inc
P.O. Box 576
Chester NY 10918
Office 845-469-3120
Fax 845-469-3693

From: MaryAnn McKenna <mmckenna@thetownofchester.org>
Sent: Wednesday, October 31, 2018 8:03 AM
To: Casey <Casey@Oiltankmasters.com>
Subject: RE: Do you think this has anything to do with Conkingtown rd.

I know and on Halloween too, poor cows. Thank goodness it's not there anymore. I am giving this to our Water Department and we'll see what they say. I know there is a lot going on with the water at that site.

Thanks again

From: Casey [mailto:Casey@Oiltankmasters.com]
Sent: Wednesday, October 31, 2018 7:58 AM
To: Browne, Keith (DEC) <keith.browne@dec.ny.gov>; Weitz, David (DEC) <david.weitz@dec.ny.gov>; MaryAnn McKenna <mmckenna@thetownofchester.org>
Subject: Do you think this has anything to do with Conkingtown rd.

So I was doing some reading online last night in regards to the property greens at Chester and the history. I attached a screen shot I found an article online that says the Hazardous chemicals from that property were listed on the building permit. Any idea what those chemicals were or if that is what is leaking through the ground in the surrounding area? Poor little cows that went to slaughter are coming back to haunt LOL

I definitely have to agree with you, they don't care about anyone but themselves.

From: Casey [mailto:Casey@Oiltankmasters.com]
Sent: Wednesday, October 31, 2018 8:24 AM
To: MaryAnn McKenna <mmckenna@thetownofchester.org>
Subject: RE: Do you think this has anything to do with Conkingtown rd.

*Get rid of this little roaches. LOL I watched one back into my car the other day parked in front of my office. He was lucky it was light and no damage cause I was ready to scream and yell at him. He just looked at me and walked away. They are so rude!!!!*



**Casey McGowan**
**Office Manager**
**Tank Masters Environmental Inc**
**P.O. Box 576**
**Chester NY 10918**
**Office 845-469-3120**
**Fax 845-469-3693**

From: MaryAnn McKenna <mmckenna@thetownofchester.org>
Sent: Wednesday, October 31, 2018 8:11 AM
To: Casey <Casey@Oiltankmasters.com>
Subject: RE: Do you think this has anything to do with Conkingtown rd.

Don't know exactly what chemicals but I heard there was definitely some contamination. Should be interesting when I have the Water Department read all of this information.

You are the best,
MaryAnn

From: Casey [mailto:Casey@Oiltankmasters.com]
Sent: Wednesday, October 31, 2018 8:07 AM
To: MaryAnn McKenna <mmckenna@thetownofchester.org>
Subject: RE: Do you think this has anything to do with Conkingtown rd.

*Do you know what chemicals were found on that farm? Between you and me LOL I am just curious myself at this point LOL.*

mhtml:file://C:\Users\lzappala\AppData\Local\Temp\TempBkp\{(1)}\{AAB606D7-51F1-40   5/1/2010