# EXHIBIT 5

Exhibit 5

Butler 8:30 Thursday C [?] Jezebel   11/13/17

- Project by Code or Al will make sure
- Town never a concern
- Bought property, you have property rights.
- Keep property clean
- What is going to be [on] social media
- Not advertised in Jewish Paper
- What is target
- Clearing starts next week
- Advertise in Jewish Paper let us know
- Disruption of families
- Most likely a community of there community
- Bob discussed a sadistic community
- 431 Units