# EXHIBIT 7

Exhibit 7

STEVEN M. NEUHAUS  
COUNTY EXECUTIVE



CHRISTOPHER ERICSON, MPA  
DEPUTY COMMISSIONER

## COUNTY OF ORANGE
DEPARTMENT OF HEALTH  
OFFICE OF THE COMMISSIONER

June 11, 2018

New York State Department of Health  
Bureau of Water Supply Protection  
Attn: Michael J Montysko, P.E.  
Chief, Design Section  
Corning Tower  
Empire State Plaza  
Albany, NY 12237

Re:   WAS No. 9931; Log No. 15367

Dear Mr. Montysko:

In May of 2002, the NYS Department of Health issued approvals relative to a water supply for the above named subdivision. In the intervening years, Orange County has been one of the fastest growing Counties in the State. We note that the approved project met, but only in a marginal way, applicable State standards for water availability.

After extensive litigation, which appears to be ongoing, it appears this project, with 431 units, is back under active consideration. We are unaware of any updated water studies that may have been performed to determine if the water availability and quality still meet applicable State standards. Given Orange County's growth over the past two decades, we believe such a study is in order and would be appropriate.

We would appreciate it if the State would ask the project engineers to send updated water availability/quality reports now. Orange County would like to be involved in monitoring any testing that is to be done pursuant to this request. We do not want to have a situation where the project is built out only to determine after the fact that there is or was insufficient water on site or that negative impacts were generated off site.

Upon review of this matter, I would appreciate your contacting me to discuss the same and any State related plans in relation to this request.

Sincerely,

Christopher Ericson, MPA  
Deputy Commissioner of Health