# EXHIBIT 8

Exhibit 8



**Steven M. Neuhaus**
*County Executive*

# DEPARTMENT OF HEALTH

Jennifer L. Roman, DO
Acting Commissioner of Health

124 Main Street
Goshen, New York 10924

**Environmental Health**
Phone: (845) 291-2331
Fax: (845) 291-4078
www.orangecountygov.com

May 7, 2018

John Petroccione, P.E.
129 Neptune Drive
Monroe NY 10950

**Re:**
**The Greens @ Chester**
**Realty Subdivision**
**Town of Chester**

Dear Mr. Petroccione:

In response to your request, please be advised that we are granting an additional five (5) year extension to the approval of The Greens @ Chester. The original approval was issued by this office on July 17, 2013 and will now expire on July 17, 2023.

You accept and agree to abide by and conform with the following:

a.   That all conditions set forth in the original approval remain in effect.

b.   That all local and state agency rules and regulations be complied with.

If you have any questions please contact this office.

Very truly yours,

*Greg A. Moore*
Greg A. Moore, P.E.
Sr. Public Health Engineer

GAM/ajc

cc:   Town of Chester Building Dept.
      File