# EXHIBIT 10

Exhibit 10



James M. Farr, P.E., Principal
JFarr@Farr-Engineering.com

28 September 2018

Mr. Michael J. Montysko, P.E.
Chief, Design Section
Bureau of Water Supply Protection Corning Tower
Room 1142 Empire State Plaza
Albany, NY 12237

Re: NYSDOH Letter to OCDOH dated 13 July 2018 Requiring Updated Water Supply Application
    The Greens at Chester
    DOH Log No. 15367 DEC WAS No. 9931
    Chester (T), Orange County

Dear Mr. Montysko,

The Town was recently made aware that the New York State Department of Health has advised the Orange County Department of Health that they are requiring a resubmittal of The Greens at Chester water supply application. The resubmittal is required to include 72-hour pump test of the wells, updated plans, reports and specifications, water quality analysis, etc.

As the Town of Chester's Water Engineer, the Town Supervisor has authorized me to request that the Town be actively involved and have input in regard the New York State Health Department's re-opening of The Greens at Chester water supply, treatment, distribution and storage application.

The Town has a vested interest in the updated water supply application and associated testing, reports, etc. since the water system is being offered for dedication to the Town as a Town Water District.

We are also concerned about the private wells that are in close proximity to the property. These wells must be monitored during any pump testing.

---

Farr Engineering
P.O. Box 302 – Port Jervis, NY 12771
(914) 474-1980

It's the Town's position that the updated water supply application scoping should be jointly agreed upon by the applicant, Town and the permitting agencies. The applicant will be responsible for establishing an escrow account for the Town to retain consultants as deemed necessary to assist in the project scoping, oversight of testing and review of the results and application. This is Town protocol for similar projects undertaken in the Town.

Please contact me to schedule a meeting between all involved parties to facilitate the responses deemed necessary by the New York State Department of Health. Please call me at (914) 474-1980 or e-mail me at JFarr@Farr-Engineering.com

Respectfully submitted,

*[signature]*

James M. Farr, P.E.
Principal

Cc: Supervisor Alex Jamieson and Town Board
    Town Clerk Linda Zappala
    Town Attorney Scott Bonacic
    Chief Water Operator Billy Keller
    Dr. Irina Gelman, DPM, MPH, PHDc, OC Commissioner of Health
    Mr. Steve Gagnon, P.E. OCDOH
    Mr. Lee Burges, P.E. OCDOH
    Mr. John Petroccione, P.E. – The Greens at Chester Engineer
    Mr. Brock Rogers, NYSDOH