# EXHIBIT 13

Exhibit 13

Supervisor - Alexander Jamieson

Town Board
  Brendan W. Medican
  Cynthia Smith
  Robert Valentine
  Ryan C. Wensley

Town Justices -
  Janet M. Haislip
  Sharon Worthy-Spiegl

# TOWN OF CHESTER

1786 Kings Highway
Chester, NY 10918

Tel: (845) 469-7000
Fax: (845) 469-9242
www.chester-ny.gov

Town Clerk - Linda A. Zappala
Highway Supt. - Anthony LaSpina
Receiver of Taxes - Vincent A. Maniscalco
Building Inspector — James Farr
Assessor - John Schuler, III
Police Dept. - Daniel J. Doellinger, Chief

To: John Petroccione, P.E.

From: Jim Farr, P.E., Town of Chester Building Inspector

Date: 6 April 2018

Re: Greens of Chester Model 2700

Design Professional: John Till, R.A. Architect

Pursuant to your request we have reviewed the Greens of Chester Model 2500 plans. This review is for the generic Model 2700 and not to be considered for a specific building lot. The following are our comments:

1. Place a note on the plan the indicating that the basement is "Unfinished space and not to be used for Living Space as defined by IRC 2015."

2. There is a room noted on the first floor whose use is noted as "Slop Kitchen". Please clarify the use of this space.

3. On Sheet A-2 add to the floor area table the area of "unfinished" space.

4. The interior home walls on the first and second floors that are shaded black. Provide a detail of this wall section.

5. Sheet A-5 includes two exterior wall sections appear to be identical. If they are identical, please delete one of them.

6. Note on the plans the number of bedrooms in the home.

7. Note on plans that the building is for single family occupancy.

8. Note on plans that the rooms are only to be used for the purposes noted on the plan.

9. Lighting needs to be provided for the interior and exterior stairways.

10. Light switch locations should be provided.

11. Electrical, plumbing and mechanical plans should be provided.

12. ResCheck will be required with each submittal.

13. A site plan with grading and utility locations shall be provided with each submittal on the same size sheet as the building plans. Alternatively, the site plan can be included on the architectural plans.

14. The stairwell wall section shall be provided

15. The home mechanical systems, hot water tank, water, wastewater, electrical panel, etc. shall be shown on the plan. The hot water tank and furnace ae only shown generically.

16. Water meters will be required. Confirm with water department the meter typed required.

17. Show footing depth on wall sections.

18. Sheet A-2 shows a 42-inch deck handrailing which conflicts with the deck detail on sheet A-6.

19. A door should be shown at the top of the basement stairs.

20. Note the number of feet above the grade plan per the IRC 2015 definition on the plans.

Should you have any questions please call me at (914) 474-1980 or e-mail me at JFarr@Farr-Engineering.com.

*Supervisor* - Alexander Jamieson
*Town Board*
  Brendan W. Medican
  Cynthia Smith
  Robert Valentine
  Ryan C. Wensley
*Town Justices* -
  Janet M. Haislip
  Sharon Worthy-Spiegl

# TOWN OF CHESTER
1786 Kings Highway
Chester, NY 10918

Tel: (845) 469-7000
Fax: (845) 469-9242
www.chester-ny.gov

*Town Clerk* - Linda A. Zappala
*Highway Supt.* - Anthony LaSpina
*Receiver of Taxes* - Vincent A. Maniscalco
*Building Inspector* – James Farr
*Assessor* - John Schuler, III
*Police Dept.* - Daniel J. Doellinger, Chief

---

To: John Petrocclone, P.E.

From: Jim Farr, P.E., Town of Chester Building Inspector

Date: 6 April 2018

Re: Greens of Chester Model 2500

Design Professional: John Till, R.A. Architect

Pursuant to your request we have reviewed the Greens of Chester Model 2500 plans. This review is for the generic Model 2500 and not to be considered for a specific building lot. The following are our comments:

1. Place a note on the plan the indicating that the basement is "Unfinished space and not to be used for Living Space as defined by IRC 2015."

2. There is a room noted on the first floor whose use is noted as P.O.K. Please clarify the use of this space.

3. The interior home walls on the first and second floors that are shaded black. Provide a detail of this wall section.

4. Sheet A-5 includes two exterior wall sections appear to be identical. If they are identical, please delete one of them.

5. Note on the plans the number of bedrooms in the home.

6. Note on plans that the building is for single family occupancy.

7. Note on plans that the rooms are only to be used for the purposes noted on the plan.

8. Locations of all water using fixtures including sinks, dishwashers, clothes washers, etc. shall be shown on the architectural plans.

9. Lighting needs to be provided for the interior and exterior stairways.

10. Light switch locations should be provided.

11. Electrical, plumbing and mechanical plans should be provided.

12. ResCheck will be required with each submittal.

13. A site plan with grading and utility locations shall be provided with each submittal on the same size sheet as the building plans. Alternatively, the site plan can be included on the architectural plans.

14. The stairwell wall section shall be provided

15. The home mechanical systems, hot water tank, water, wastewater, electrical panel, etc. shall be shown on the plan.

16. Water meters will be required. Confirm with water department the meter typed required.

17. Show footing depth on wall sections.

18. Sheet A-2 shows a 42-inch deck handrailing which conflicts with the deck detail on sheet A-6.

19. A landing is required at the bottom of the deck.

20. A door should be shown at the top of the basement stairs.

21. Note the number of feet above the grade plan per the IRC 2015 definition on the plans.

Should you have any questions please call me at (914) 474-1980 or e-mail me at JFarr@Farr-Engineering.com.