# EXHIBIT 14

Exhibit 14

Supervisor - Robert Valentine
Town Board -
    Brendan W. Medican
    Cynthia Smith
    Ryan C. Wensley
Town Justices -
    Janet M. Halslip
    Sharon Worthy-Spiegl

TOWN OF CHESTER
1786 Kings Highway
Chester, NY 10918

Tel: (845) 469-7000
Fax: (845) 469-9242
www.chester-ny.gov

Rec 12/3/18

Town Clerk - Linda A. Zappale
Highway Supt. - Anthony LaSpina
Receiver of Taxes - Vincent A. Maniscalco
Building Inspector – James Farr
Assessor - John Schuler, III
Police Dept. - Daniel J. Doellinger, Chief

30 November 2018

Jehuda Landau, Managing Member
Greens at Chester LLC
65 Steuben St.
Brooklyn, NY 11205

Re: Greens at Chester, Lot B76 – SBL: 38-2-76 – Request for Building Permit

Dear Mr. Landau,

We received your application on 20 November 2018 for a building permit for a single-family home to be constructed at the above referenced lot. Based on a partial review of the submitted application we have determined that a building permit cannot be issued a at this time.

The project was approved per a Settlement Agreement dated June 10, 2010, with respect to this matter, dictated that all final subdivision and site plan approval was to be made in accordance with the preliminary subdivision and site plan approval Statement of Findings. The Statement of Findings has many requirements. Two of the requirements noted below have not been satisfied:

1. The overall dimensions of the structure are approximately 50'-0" wide by 36'-0" deep resulting in approximately 1800 square feet of floor area per level. The plans show 2 finished floors totally 3600 square feet plus an "unfinished" basement adding another 1800 square feet for a total structure area of at least 5400 square feet not including the attic area, if applicable. Depending on the "grade plane" as defined in the IRC 2015, the building may also be considered a 3-story structure.

    The following has been excerpted from the Statement of Findings:

> "(i) one-unit dwellings shall be limited to 1,700 – 2,500 square feet in a two-story structure, and (ii) two-unit dwellings shall be limited to 1,500 – 2,300 square feet in a two-story structure."

The structure exceeds these limits and is not approvable.

2. It is my understanding that the entire approved subdivision has been filed with the County Clerk. Also, it is my understanding that the project's public improvement infrastructure has not been accepted by the Town.

The following has been excepted from the Statement of Findings:

> "The second method of enforcement available to the Town would be employed if the Applicant chooses to seek Final Subdivision Plat/Site Plan approval for the entire project at one time. Such a full Final Approval would require, per the Town of Chester Code, that all public improvements were constructed and accepted by the Town as satisfactory prior to the issuance of a single building permit for the proposed dwelling units."

A building permit cannot be issued since requirement has not been satisfied.

Based on the above, I did not proceed further with a review of the building plans or any other sections of the statement of findings since a building permit could not be issued.

Respectfully submitted,

*[signature]*

James M. Farr, P.E.
Building Inspector