ALL-STATE® LEGAL  800-222-0510  EDB11  RECYCLED 

# EXHIBIT 17

Exhibit 17

# PHILIP SALERNO, P.E.
## P.O. Box 996
## Goshen, New York 10924

Mr. Livy Schwartz
4003 Summerville Way
Chester, New York 10918

October 31, 2018

Re: Greens at Chester Subdivision-
Dwelling Sizes

Dear Mr. Schwartz:

As you requested, I reviewed the November 18, 1998 SEQR Findings Statement Resolution for the Greens at Chester, with specific reference to the language on Page 8 of this document in the Project Description, regarding the building floor areas.

As the Town of Chester Planning Board's Engineering Consultant, I reviewed the engineering aspects of the project, and was directly involved in the discussions with the Planning Board and the Applicant regarding the project development, including the development of the bulk requirements established for the subdivision and the review of the proposed SEQR Resolution, prior to Planning Board acceptance of the document.

The language in the Project Description was intended to provide a conceptual overview of the subdivision. It was not intended, nor should it be interpreted, to establish development standards. The development standards, as determined by the Planning Board and agreed to by the Applicant, as a part of the cluster subdivision review process, are identified on Page 10 of the Resolution, in the Bulk Table. These bulk requirement are limited to the establishment of minimum setback lines and minimum separations between buildings. These bulk requirements are also reflected on the approved subdivision plans.

The Cluster Development Regulations contained in the Town's Zoning Code specifically give the Planning Board the authority to "impose floor area ratios to prevent excessively large residences on smaller lots". Based upon my involvement in the review process and approval of this project; as well as review of the Resolution, I can definitively state that no such restriction was enacted; nor was it intended.

Please do not hesitate to contact me, should you have any comments or questions, or require additional information.

Very truly yours,

Philip Salerno, P.E.