ALL-STATE® LEGAL 800-222-0510 EDB11 RECYCLED 

# EXHIBIT 19

Exhibit 19

**FUSCO ENGINEERING & LAND SURVEYING, P.C.**
*Consulting Engineers*

Alfred A. Fusco, Jr., P.E., Principal                Alfred A. Fusco, III, General Manager

233 East Main Street
Middletown, NY 10940
Phone: (845) 344-5863
Fax: (845) 956-5865

19 Waywayup Lane
Port Jervis, NY 12771
Phone: (845) 956-5866

November 10, 2017

### MINUTES OF MEETING
### GREENS AT CHESTER
### MEETING: 11/10/17

- Sidewalks not in Town right-of-way
- Trees outside of ROW
- 12" Item 4 – no shale/3" binder 2" top
- Make Town road private
- Water from Village – John Petrocelli, P.E. – $1,000,000 and wells
- Conklintown straighten as project
- Trade pull off – turn off for straightening
- 300' trucking pad – 60 stone/binder/stone
- $20,000 bond
- $20,000 – 6% agreed price by Alfred A. Fusco, Jr., P.E. and John Petrocelli, P.E.
- Erosion control plan
- P&P will do stake out
- Start Phase I
- Can bond – Town road to start construction with bonds
- Approved by Alfred A. Fusco and John Petrocelli and Town Attorney
- 431 houses single family and duplexes
- All Conklintown road to be paid
- Work 7:00 to 7:00 weekday – Al to check Sunday
- Meeting Monday 11/13/17 at 2:00 with investors
- Trees – what is regulations about cutting and leaving
- Down trees
- What about when the recreation area is needed to be built – check the plans might be earlier.
- Can be negotiated

Roberto Clay Mtg Green's Minutes 11/10/17    1

The Green's

Sidewalks not in Town right of way
Trees outside of ROW
12" Item 4 on shale / 6" Binder 2" Top
Make Town Road private

Water from Village John  $1,000,000 + wells
                        Petroelli 88
Carblintown Straighten as project

Trade pull off turn off
Go through

300' Trichur Rd  60
                 Stone Render Ston

$20,000 Bond
$20,800    63 Lagged Price
          By Renee + John Petroelli

Erosion Control Plan

P+P will do stake out

Start Phase I

Can Bond Town Road to start
Construction with Bonds

Approved by Fred Schroeder & the Town attorney

431 Houses single family + duplexes

All Capital Improvements to be Paid

Work 7-7 weekday No Sunday
Meeting Monday @ 2 afternoons

Trees what is regulations
about cutting + leaving
Downs Trees

What about when the recreation
area is needed to be built
Check the plans might be
earlier.
Can be negotiated.