# EXHIBIT 20

Exhibit 20

Green's May 22, 2018

C.U. Greens Clash

June 21 Thursday Dr. Befam 7:00

Concklinton Drainage
  Sewer
  Pond Going
  everything to Pond.
Turn over 1 week
Force - sewer DEC Permit expires 2019

Water 2021 ⟩ extended
      2023

Tom Kuzak                         451
hydrologist

56 x 96
50 x 76

Discussion to go to Plann Bd

Build now go later

Tennis Court - lease
                 can't do permit
Building Permit
        Bad Phase 1  82 units

Corner pipe ...