# EXHIBIT 22

Exhibit 22



**Farr Engineering**

James M. Farr, P.E., Principal
JFarr@Farr-Engineering.com

To: John Petroccione, P.E.

From: Jim Farr, P.E., Town of Chester Building Inspector

Date: 10 June 2019

Re: Greens of Chester Model 2500 – Lot B78

Design Professional: John Till, R.A. Architect

Pursuant to your request we have reviewed the Greens of Chester Model 2500 plans. This review is for the generic Model 2500 and not to be considered for a specific building lot. Also the plan review should not be considered for the purpose of issuance of a building permit at this time since the site infrastructure has not been completed and as such a building permit cannot be issued per the SEQRA Statement of Findings.

The following are our comments based on the revised plans dated 1 February 2018 and a cover letter from John Petroccione, P.E. dated 14 May 2019:

1. **Original Comment:** Place a note on the plan the indicating that the basement is "Unfinished space and not to be used for Living Space as defined by IRC 2015."
   **Response:** Noted on sheet A-2.

2. **Original Comment:** There is a room noted on the first floor whose use is noted as P.O.K. Please clarify the use of this space.
   **Response:** Noted on sheet A-2 as slop kitchen.

3. **Original Comment:** The interior home walls on the first and second floors that are shaded black. Provide a detail of this wall section.
   **Response:** There are notes on sheets A-2 and A-3 that the walls are bearing walls.

4. **Original Comment:** Sheet A-5 includes two exterior wall sections appear to be identical. If they are identical, please delete one of them.
   **Response:** The duplicate detail was deleted.

5. **Original Comment:** Note on the plans the number of bedrooms in the home.
   **Response:** Sheets A2 and 3 noted that the number of bedrooms as 3 bedrooms.

6. **Original Comment:** Note on plans that the building is for single family occupancy.
   **Response:** Sheets A-2 and 3 note the rooms are only to be used for the purposes noted on the plan.

7. **Original Comment:** Note on plans that the rooms are only to be used for the purposes noted on the plan.
   **Response:** Sheets A-2 and 3 note the structure as a single-family structure.

8. **Original Comment:** Locations of all water using fixtures including sinks, dishwashers, clothes washers, etc. shall be shown on the architectural plans.
   **Response: The locations of the fixtures have been shown but they have not been called out either in narrative or legend form.**

9. **Original Comment:** Lighting needs to be provided for the interior and exterior stairways.
   **Response:** Lighting has been shown on sheets A-2 and 3.

10. **Original Comment:** Light switch locations should be provided.
    **Response:** The MEP sheets appear to be missing to from the plan set that I was provided.

11. **Original Comment:** Electrical, plumbing and mechanical plans should be provided.
    **Response:** The MEP sheets appear to be missing to from the plan set that I was provided.

12. **Original Comment:** ResCheck will be required with each submittal.
    **Response:** The ResCheck has been provided and appears acceptable.

13. **Original Comment:** A site plan with grading and utility locations shall be provided with each submittal on the same size sheet as the building plans. Alternatively, the site plan can be included on the architectural plans.
    **Response:** A site plan has been provided.

14. **Original Comment:** The stairwell wall section shall be provided.
    **Response:** The stairwell has been provided on Sheets A2 and 3.

15. Original Comment: The home mechanical systems, hot water tank, water, wastewater, electrical panel, etc. shall be shown on the plan.
    Response: The MEP plans were not provided.

16. Original Comment: Water meters will be required. Confirm with water department the meter typed required.
    Response: A note has been added to the plan for the water meter.

17. Original Comment: Show footing depth on wall sections.
    Response: Footing depth has been shown on Sheet 5.

18. Original Comment: Sheet A-2 shows a 42-inch deck handrailing which conflicts with the deck detail on sheet A-6.
    Response: The deck handrail is now shown as 36-inches.

19. Original Comment: A landing is required at the bottom of the deck.
    Response: The concrete landing pad is shown. It should also be dimensioned per the code.

20. Original Comment: A door should be shown at the top of the basement stairs.
    Response: Its unclear why a door is only provided at the bottom of the stairs and not on the first floor leading to the basement.

21. Original Comment: Note the number of feet above the grade plan per the IRC 2015 definition on the plans.
    Response: The grade plane and building height has been noted on A-4.

The following are additional comments based on the revised plans:

22. The finished space on the first floor is noted as 1,303 sf and on the second floor as 1,197 sf feet totaling 2500 sf of finished space. The table should also include the total square footage of unfinished basement space.

23. Sheet A-2 notes that the windows will be hung at 8'-0" which is not typical. Windowsill heights should be noted to confirm egress requirements.

24. The Bulk Table on the approved subdivision plans calls for a single car garage. The building plans do not show a garage.

In general, the building plans appear to be in general conformance with the IRC-2015 and the NYS Supplement. Once the outstanding issues related to my comments noted above other approval aspects of the project, the building design appears to be approvable.

Should you have any questions please call me at (914) 474-1980 or e-mail me at JFarr@Farr-Engineering.com.