# EXHIBIT 23

Exhibit 23



**AT CHESTER**

65 Steuben Street, Brooklyn, NY, 11205 | 845.351.0422 | office@greensatchester.com

July 18, 2019

**BY HAND**
Town of Chester
1786 Kings Highway
Chester, NY 10918
Attn: Town Clerk

RECEIVED
JUL 18 2019
TOWN CLERK
CHESTER, NEW YORK

Re:   Greens at Chester LLC

Dear Hon. Town Clerk:

I am the Managing Member of the Greens at Chester LLC ("the Greens").

Under applicable law and the final subdivision and site plan approval issued for the Greens' 431-unit fully-approved cluster subdivision in the Town (the "Project"), enclosed is a cash deposit in favor of the Town and on account of the Greens in the sum of $1,676,979.66. This cash deposit secures the Town's interest in the completion of the public improvements of the Project as itemized by the Town's Consulting Engineer McGoey, Hauser and Edsall.

Despite the Greens having completed more than half of the originally secured public improvements for the Project as estimated by the Town's Engineer, the sum of the cash deposit is the same as the sum of the irrevocable standby letter of credit originally issued in favor of the Town for the account of Arlington Chester, LLC, the Greens' predecessor-in-interest, pursuant to which in July 2014, *inter alia*, the Town Planning Board Chairman executed the final plat for the Project and same was filed with the Orange County Clerk.

In May 2019, the Greens submitted an application for a building permit, dated May 14, 2019. We request that the Town Building Department grant that application and issue the permit applied for.

The enclosed cash deposit is filed without prejudice to all the Greens' rights and remedies in law and equity.

Very truly yours,

Jehuda Landau

Encl.

cc:   Scott Bonacic, Esq., Town Attorney
      Don Serotta, Planning Board Chairman
      Robert Valentine, Town Supervisor
      James Farr, P.E., Town Building Inspector



**McGOEY, HAUSER and EDSALL**
**CONSULTING ENGINEERS P.C.**
RICHARD D. McGOEY, P.E. (NY & PA)
WILLIAM J. HAUSER, P.E. (NY, NJ & PA)
MARK J. EDSALL, P.E. (NY, NJ & PA)
JAMES M. FARR, P.E. (NY & PA)

MAIN OFFICE
33 Airport Center Drive
Suite 202
New Windsor, New York 12553

(845) 567-3100
fax: (845) 567-3232
e-mail: mheny@mhepc.com

24 October 2013

Town of Chester
1786 Kings Highway
Chester, NY 10918-3013

ATTENTION: STEVEN M. NEUHAUS, TOWN SUPERVISOR

SUBJECT: GREENS AT CHESTER PUBLIC IMPROVEMENT BOND ESTIMATE

Dear Supervisor Neuhaus:

Our office has received an estimate of probable construction costs prepared by John Petroccione, P.E. for the subject project. The bond utilizes unit costs published by this office for municipal improvements. Based on a review of the estimate, it is recommended that a public improvement security in the amount of $1,524,526.96 be posted to cover the roadway, drainage, soil erosion sediment control, water and sanitary sewers within the public portions of the subject project. Appropriate inspection fees, as required by the Town, should be posted by the Applicant's Representative based on the public improvement estimate.

Please contact the undersigned should you have any questions, comments or require any additional information regarding this matter.

Very truly yours,

Patrick J. Hines
Associate

cc: Scott Bonacic, Town Attorney
    Don Serotta, Planning Board Chairman
    John Petroccione, P.E., Applicant's Representative
    Rick Golden, Applicant's Attorney

Project Name: Greens At Chester

Municipality: Town of Chester
Date: 9/4/2013

### PUBLIC IMPROVEMENT UNIT PRICES

| Description | Unit | Unit Cost | Total Quantity | Total Cost | Completed Quantity | Completed Cost | Remaining Cost |
|---|---|---|---|---|---|---|---|
| **Roadway and Parking Lot** | | | | | | | |
| Grade Subgrade in ROW | SY | $ 0.90 | 14481 | $13,032.90 | | $ - | $13,032.90 |
| Cut and Chip Trees | AC | $ 6,500.00 | 3 | $19,500.00 | | $ - | $19,500.00 |
| Stump removal and disposal | AC | $ 4,500.00 | 3 | $13,500.00 | | $ - | $13,500.00 |
| Erosion Control | AC | $ 3,200.00 | 3 | $9,600.00 | | $ - | $9,600.00 |
| Roadway Subbase (6" Course) | SY | $ 7.75 | 8854 | $68,618.50 | | $ - | $68,618.50 |
| Asphalt Pavement (2" top) | SY | $ 15.20 | 8854 | $134,580.80 | | $ - | $134,580.80 |
| Asphalt Pavement (4" course) | SY | $ 30.94 | 8854 | $273,942.76 | | $ - | $273,942.76 |
| Roadway ROW Topsoil (6") & Seeding | SY | $ 13.00 | 4023 | $52,299.00 | | $ - | $52,299.00 |
| Roadway As-Builts (50' Wide) | LF | $ 1.10 | 2650 | $2,915.00 | | $ - | $2,915.00 |
| Concrete Curbing | LF | $ 30.00 | 5292 | $158,760.00 | | $ - | $158,760.00 |
| 5' Wide Concrete Sidewalk | LF | $ 47.00 | 2493 | $117,171.00 | | $ - | $117,171.00 |
| **Drainage** | | | | | | | |
| Catch Basin | EA | $ 3,600.00 | 26 | $93,600.00 | | $ - | $93,600.00 |
| Stormwater Pipe (HDPE- 15") | LF | $ 55.00 | 1021 | $56,155.00 | | $ - | $56,155.00 |
| Stormwater Pipe (HDPE- 18") | LF | $ 68.00 | 733 | $49,844.00 | | $ - | $49,844.00 |
| End Section (HDPE) | EA | $ 600.00 | 3 | $1,800.00 | | $ - | $1,800.00 |
| **Water** | | | | | | | |
| Watermain (8") | LF | $ 68.00 | 1360 | $92,480.00 | | $ - | $92,480.00 |
| Gate Valve (8") | EA | $ 1,700.00 | 12 | $20,400.00 | | $ - | $20,400.00 |
| Hydrant Assembly | EA | $ 5,200.00 | 2 | $10,400.00 | | $ - | $10,400.00 |
| **Sewer** | | | | | | | |
| Sewer Main (PVC-8") | LF | $ 68.00 | 3166 | $215,288.00 | | $ - | $215,288.00 |
| Sewer PVC Force Main | LF | $ 68.00 | 480 | $32,640.00 | | $ - | $32,640.00 |
| Sewer Manholes | EA | $ 4,000.00 | 22 | $88,000.00 | | $ - | $88,000.00 |
| **Other** | | | | | | | |
| Concrete Monuments | EA | $ 145.00 | 23 | $3,335.00 | | $ - | $3,335.00 |
| Streets Signs | EA | $ 250.00 | 15 | $3,750.00 | | $ - | $3,750.00 |
| | | Total: | | $1,524,526.96 | | | $1,524,526.96 |
| | | 10% Contingency | | $152,452.70 | | | |
| | | Bond Estimate= | | $1,676,979.66 | | | |

GREENS AT CHESTER LLC
65 STEUBEN STREET
BROOKLYN, NY 11205

437

CHASE ◯
JPMORGAN CHASE BANK
1-2/210

7/18/2019

PAY TO THE
ORDER OF    Town of Chester                                            $ **1,676,979.66

One Million Six Hundred Seventy-Six Thousand Nine Hundred Seventy-Nine and 66/100*********************   DOLLARS

VOID

Town of Chester
1786 Kings Highway
Chester, NY 10918

MEMO  PUBLIC IMPROVEMENT BOND                                 AUTHORIZED SIGNATURE

GREENS AT CHESTER LLC          437
Town of Chester                7/18/2019          1,676,979.66

RECEIVED
JUL 18 2019
TOWN CLERK
CHESTER, NEW YORK