# EXHIBIT 24

Exhibit 24

jfarr@farr-engineering.com

| | |
|---|---|
| From: | jfarr@farr-engineering.com |
| Sent: | Friday, August 3, 2018 12:58 PM |
| To: | John Petroccione |
| Subject: | RE: GAC - SEQRA Resolution |

John,

I reviewed the report.
I have sent my thoughts to the TB and PB attorneys.

One of the things that we will want is what you are considering traffic mitigation and what those costs are since I assume that your client's position is that these costs will be deducted from the $455k traffic mitigation fee.

Phasing or not to phase is going to be a TB or PB decision along with some of the other items.

I'll let you know if I hear back from them.

Thanks and have a great weekend.
Jim


# Farr Engineering

Jim Farr, P.E.

E-mail: JFarr@ Farr-Engineering.com
Cell: (914) 474-1980
Webpage: www.Farr-Engineering.com

*"Do what you love,*
*"Love what you do"*


From: John Petroccione <jpetroccionepe@yahoo.com>
Sent: Thursday, July 26, 2018 11:34 PM
To: jfarr@farr-engineering.com
Subject: GAC - SEQRA Resolution

Jim,
As discussed at our meeting, I've put together the attached letter regarding compliance with the SOF. Once you've had the chance to review, let me know your thoughts.

jfarr@farr-engineering.com

**From:** John Petroccione <jpetroccionepe@yahoo.com>
**Sent:** Wednesday, August 1, 2018 8:22 AM
**To:** jfarr@farr-engineering.com
**Subject:** FW: GAC - SEQRA Resolution
**Attachments:** JP to Jim Farr 7-25-18.pdf

Hi Jim,
Just checking in to see if you've had a chance to look at this yet.

### JOHN PETROCCIONE, P.E.
845-782-7725

**From:** John Petroccione [mailto:jpetroccionepe@yahoo.com]
**Sent:** Thursday, July 26, 2018 11:34 PM
**To:** 'jfarr@farr-engineering.com' <jfarr@farr-engineering.com>
**Subject:** GAC - SEQRA Resolution

Jim,
As discussed at our meeting, I've put together the attached letter regarding compliance with the SOF. Once you've had the chance to review, let me know your thoughts.

### JOHN PETROCCIONE, P.E.
845-782-7725

1