# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREENS AT CHESTER LLC,<br><br>*Plaintiff,*<br><br>PEOPLE OF THE STATE OF NEW YORK by LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK,<br><br>*Plaintiff-Intervenor,*<br><br>v.<br><br>TOWN OF CHESTER, JAMES. M. FARR, individually and as Building Inspector of the Town of Chester, ROBERT VALENTINE, individually and as Supervisor of the Town of Chester, CYNTHIA SMITH, RYAN C. WENSLEY, ORLANDO PEREZ, and VINCENT FINIZIA, collectively, as Members of the Town Board of The Town of Chester, ALEXANDER J. JAMIESON, as former Supervisor of the Town of Chester, STEVEN M. NEUHAUS, individually and as County Executive of the County of Orange, and THE COUNTY OF ORANGE,<br><br>*Defendants.* | CIVIL ACTION NO. 19-cv-6770<br>**[PROPOSED] ORDER** |

This matter came before the Court upon the New York State Attorney General's Motion to Intervene with a Proposed Complaint for Declaratory and Injunctive Relief. Upon consideration of all matters presented to the Court, **IT IS HEREBY ORDERED** that:

The New York State Attorney General's Motion to Intervene is **GRANTED**, and the NYAG shall file and serve its Complaint in Intervention as expeditiously as possible. Defendants shall respond to the pleadings on or before or within 21 days after being served with the Complaint in Intervention, whichever is later.

   **IT IS SO ORDERED.**

Dated this \_\_\_ day of _____, 2019

_____
The Honorable Cathy Seibel
United States District Judge