UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GREENS AT CHESTER LLC,

                      Plaintiff,

-against-   **NOTICE OF MOTION**

TOWN OF CHESTER, JAMES M. FARR, individually   No. 19-cv-06770 (CS)
and as Building Inspector of the Town of Chester,
ROBERT VALENTINE, individually and as   Hon. Cathy Seibel
Supervisor of the Town of Chester, ALEXANDER J.
JAMIESON, as a former Town Supervisor of the Town
of Chester, STEVEN M. NEUHAUS, Individually and as
County Executive of the County of Orange, and
THE COUNTY OF ORANGE,

                      Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Declarations of Mary E. Marzolla, Patrick A. Knowles, and Alexa Burchinati, dated January 6, 2020, and the exhibits annexed thereto; the accompanying supporting Memorandum of Law; and upon all pleadings and proceedings heretofore had herein, Defendants, Town of Chester, James M. Farr, Robert Valentine, and Alexander Jamieson, will move this Court before the Honorable Cathy Seibel, U.S.D.J., at the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, on a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure Rule 12(b)(1) and Rule 12(b)(6) dismissing Plaintiff's Amended Complaint in its entirety; and awarding Defendants such other and further relief as to this Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the directives of the Court, Plaintiff's answering papers shall be served on or before February 5, 2020, with reply papers to follow on or before February 17, 2020.

DATED: January 6, 2020
South Nyack, New York

                                                      FEERICK NUGENT MACCARTNEY, PLLC
                                                      96 South Broadway
                                                      South Nyack, New York 10960
                                                      (845) 353-2000

                                                      By:  /s/ Mary E. Brady-Marzolla
                                                          Mary E. Brady-Marzolla, Esq.
                                                          Patrick A. Knowles, Esq.

                                                    *Attorneys for Defendants Town of Chester,*
                                                    *James M. Farr, Robert Valentine, and*
                                                    *Alexander Jamieson*

To:    *(Via ECF)*
        Cuddy & Feder
        Joshua J. Grauer, Esq.
        445 Hamilton Avenue, 14th Floor
        White Plains, NY 10601

        County of Orange, County Attorney
        Anthony Cardoso, Assistant County Attorney
        255-275 Main Street
        Goshen, NY 10924