# MEMO ENDORSED

## Rockland Environmental Group LLC
75 North Middletown Road
Nanuet, New York 10954
(845) 371-2100      (845) 371-2100 (Fax)
susan@hitoshapirolaw.com

January 22, 2020

<u>Via Fax (914) 390-4278</u>

The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE: Greens at Chester LLC v Town of Chester, et al., Docket No: 19-cv-06770

Dear Judge Siebel:

I am writing to request permission to submit a motion to file an Amicus Brief in support of the County of Orange and the Town of Chester in paper form as I do not have access to the ECF online filing system.

Sincerely,

Susan H. Shapiro

cc:
Anthony Francisco Cardoso, Esq.
Orange County District Attorney's Office
255-275 Main Street
Goshen, New York 10924

James V. Galvin Esq.
Bonacic, Krahulik, Cuddeback, McMahn & Brady, LLP
90 Crystal Run Road, Suite 104
Middletown, New York 10941

> Counsel for Rockland Environmental Group LLC may file with the Clerk of Court a paper copy of a motion to file an amicus brief (but not the brief itself). Once the parties respond to the motion, I will decide whether to accept the brief.

So Ordered.

Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 1/23/20

Jordan Brooks, Esq.
Cuddy & Feder LLP
445 Hamilton Avenue – 14th Floor
White Plains, New York 10601

Mary Elizabeth Brady Marzolla
Feerick Lynch MacCartney & Nugent, PLLC
96 south Broadway
South Nyack, New York 10960

Sania Waheed Khan, Esq.
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005



75 N. Middletown Road, Nanuet, NY 10954
(845) 371-2100 - Fax: (845) 371-3721

**ROCKLAND ENVIRONMENTAL GROUP LLC**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Hon. Cathy Seibel<br>Anthony Franciscos Cardoso, Esq<br>Mary Elizabeth Marzolla, Esq.<br>James V. Galvin, Esq.<br>Jordan Matthew Brooks, Esq.<br>Sania Waheed Khan, Esq. | **From:** | Susan H. Shapiro |
| **Fax:** | (914) 390-4278<br>(845) 378-2374<br>(845) 353-2789<br>(845) 703-3110<br>(914) 761-5372<br>(212) 416-6009 | **Pages:** | 3 (including cover sheet) |
| **Re:** | Greens at Chester LLC v<br>Town of Chester, et al<br>Docket No. 19-cv-06770 | **Date:** | January 22, 2020 |