UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREENS AT CHESTER LLC,

                Plaintiff,

    -against-

TOWN OF CHESTER, JAMES M. FARR, individually and as Building Inspector of the Town of Chester, ROBERT VALENTINE, individually and as Supervisor of the Town of Chester, ALEXANDER J. JAMIESON, as former Supervisor of the Town of Chester, STEVEN M. NEUHAUS, individually and as County Executive of the County of Orange, and THE COUNTY OF ORANGE,

                Defendants.
-------------------------------------------------------------------X

Docket No. 19-cv-06770(PMH)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the Declaration of Anthony F. Cardoso, and the supporting Memorandum of Law, dated May 22, 2020, and upon all the pleadings and proceedings heretofore had herein, the undersigned, attorney for defendants, STEVEN M. NEUHAUS, individually and as County Executive of the County of Orange, and the COUNTY OF ORANGE, will move this Court before the Honorable Phillip M. Halpern, at the United States Courthouse, Southern District of New York, 300 Quarropas Street, White Plains, New York, for an order reconsidering the Court's decisions on the County Defendant's motion to dismiss the plaintiff's complaint and the County's opposition to the State's motion for intervention pursuant to Local Rule 6.3, and for such other and further relief as this Court may deem just and proper.

Dated: Goshen, New York
       May 22, 2020

                                                    _____
                                                    Anthony F. Cardoso

Assistant County Attorney to
LANGDON C. CHAPMAN
County Attorney
*Attorneys for Defendants Steven M. Neuhaus and County of Orange,*
Orange County Government Center
255 Main Street
Goshen, New York 10924
Tel. No. (845) 291-3150

TO:

Joshua J. Grauer, Esq.
Jordan Brooks, Esq.
**CUDDY & FEDER LLP**
*Attorneys for Plaintiff Greens at Chester LLC*
445 Hamilton Avenue - 14th Floor
White Plains, New York 10601

Mary Marzolla, Esq.
**FEERICK NUGENT MACCARTNEY, PLLC**
*Attorneys for the Town defendants*
96 South Broadway
South Nyack, NY 10960

Sania W. Khan, Esq.
**NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL**
*Attorneys for the State of New York*
29 Liberty Street
New York, NY 10005