```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREENS AT CHESTER LLC,

                        Plaintiff,

        -against-

TOWN OF CHESTER, JAMES M. FARR, individually
and as Building Inspector of the Town of Chester,
ROBERT VALENTINE, individually and as Supervisor
of the Town of Chester, ALEXANDER J. JAMIESON, as
former Supervisor of the Town of Chester, STEVEN M.
NEUHAUS, individually and as County Executive of the
County of Orange, and THE COUNTY OF ORANGE,

                        Defendants.
------------------------------------------------------------------X
```

Docket No. 19-cv-06770(PMH)

**DECLARATION IN SUPPORT OF DEFENDANT STEVEN M. NEUHAUS AND THE COUNTY OF ORANGE'S MOTION FOR RECONSIDERATION**

ANTHONY F. CARDOSO hereby declares, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am an Assistant County Attorney to Langdon C. Chapman, County Attorney for Orange County, attorney for defendants County of Orange and Steven M. Neuhaus (collectively the "County defendants"). I am fully familiar with the facts and circumstances surrounding the within matter through the files maintained by my office

2. This declaration, along with the annexed exhibits and the supporting Memorandum of Law in Support, is submitted in support of the County defendants' motion for reconsideration under Local Rule 6.3.

3. Each annexed exhibit is a true and correct copy of what it purports to be.

4. Annexed hereto as Exhibit "A" is a copy of the First Amended Complaint, filed on the docket as Docket No. 38.

5. Annexed hereto as Exhibit B is a copy of the State of New York's Proposed Complaint in Intervention, filed on the Docket as No. 36-1.

6. Annexed hereto as Exhibit C is a copy of a letter from Greg Moore to John Petroccione, P.E., dated May 7, 2018, incorporated by reference in the complaint and as filed on the docket as Docket No. 38-6.

7. Annexed hereto as Exhibit "D" is a copy of a letter from Christopher Ericson to Michael Montysko, dated June 11, 2018, incorporated herein by reference in the complaint and as filed on the docket as Docket No. 38-5.

Dated: May 22, 2020
      Goshen, New York

_____
ANTHONY F. CARDOSO
Assistant County Attorney to
LANGDON C. CHAPMAN
County Attorney for Orange County
*Attorneys for Defendants County of Orange and Steven M. Neuhaus*
255-275 Main Street
Goshen, New York 10924
(845) 291-3150