# FEERICK NUGENT MacCARTNEY PLLC
Attorneys at Law

**ROCKLAND COUNTY OFFICE**
96 South Broadway
South Nyack, New York 10960
Tel: 845-353-2000
Fax: 845-353-2789

| | | |
|---|---|---|
| DONALD J. FEERICK, JR. | | JENNIFER M. FEERICK |
| BRIAN D. NUGENT* | **Orange County Office** | STEPHEN M. HONAN*+ |
| J. DAVID MacCARTNEY, JR. | 6 Depot Street, Suite 202 | ALAK SHAH* |
| MARY E. MARZOLLA* | Washingtonville, NY 10992 | PATRICK A. KNOWLES* |
| ------------- | (Not for service of papers) | JOHN J. KOLESAR III |
| **OF COUNSEL** | | PATRICK J McGORMAN |
| DAVID J. RESNICK | www.fnmlawfirm.com | |
| KEVIN F. HOBBS | | *Licensed also in New Jersey |
| MICHAEL K. STANTON, JR. | | +Licensed also in Connecticut |

All correspondence

> The application for a stay is denied.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>        June 8, 2020

Via ECF
Honorable Philip M. Halpern, U.S.D.J.
U. S. District Court for the Southern District
500 Pearl Street
New York, NY  10007

   Re:   Greens at Chester, LLC v. Town of Chester, et al.
         19-CV-6770 (PMH)

Your Honor:

   We represent the Town of Chester, Town Building Inspector James M. Farr, Town Supervisor Robert Valentine, and former Town Supervisor Alexander J. Jamieson (collectively, the "Town") in the above-referenced action, and respectfully submit this correspondence to (1) confirm compliance with Your Honor's Order at ECF No. 89, in that the Town has emailed the materials directed to Your Honor for *in camera* review; and (2) request that a decision on the Town's pending motion for reconsideration at ECF No. 83, et seq. be stayed and/or that the motion be held in abeyance, pending a final resolution on the Town's recusal motion pursuant to 28 U.S.C. §§ 455 and 144.

   Thank you for Your Honor's consideration of this submission.

                                        Respectfully submitted,

                                        **/s/ Mary E. Brady Marzolla**
                                        Mary E. Brady Marzolla

cc: All Counsel of Record by ECF