

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
DIVISION OF SOCIAL JUSTICE

---

Application granted. NYAG opposition to the motions due 7/21/2020.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: New York, New York
July 10, 2020

---

**BY ELECTRONIC FILING AND E**

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Greens at Chester LLC v. Town of Chester, et al.,* Docket No.: 19-cv-06770

Dear Judge Halpern:

The New York State Office of the Attorney General ("NYAG") submits this letter to request a one-week extension of the deadline for filing our oppositions to Town Defendants' motion for recusal (ECF No. 117) and motion for stay pending appeal (ECF No. 119), from July 14, 2020 to July 21, 2020. This is the NYAG's first request for an extension of this deadline. The NYAG requests this extension to accommodate the undersigned attorney's ability to adequately prepare and participate in the upcoming mediation at the Second Circuit in this matter, scheduled for July 16, 2020, and to accommodate her unexpected heavy caseload due to the COVID-19 pandemic. Plaintiff and County Defendants have informed the NYAG of their consent to this request, and Town Defendants have additionally informed the NYAG that they oppose this request.

Thank you for your consideration of this request.

Respectfully Submitted,

*/s/ Sania W. Khan*
Sania W. Khan, *Assistant Attorney General*
Civil Rights Bureau
Office of the New York State Attorney General
New York, New York 10005
Phone: (212) 416-8534
Sania.Khan@ag.ny.gov
*Attorney for the State of New York*