# FEERICK NUGENT MacCARTNEY PLLC
## ATTORNEYS AT LAW

DONALD J. FEERICK, JR.
BRIAN D. NUGENT
J. DAVID MacCARTNEY, JR.
MARY E. MARZOLLA*

OF COUNSEL
DAVID J. RESNICK
KEVIN F. HOBBS
MICHAEL K. STANTON, JR.

ROCKLAND COUNTY OFFICE
96 SOUTH BROADWAY
SOUTH NYACK, NEW YORK 10960
TEL. 845-353-2000  FAX. 845-353-2789

ORANGE COUNTY OFFICE
6 DEPOT STREET, SUITE 202
WASHINGTONVILLE, NEW YORK 10992
*(Not for service of papers)*

www.fnm

*All correspondence must be*

JENNIFER M. FEERICK
STEPHEN M. HONAN*+
ALAK SHAH*
PATRICK A. KNOWLES*
PATRICK J. McGORMAN
ROBERT ZITT

---

> In light of the withdrawal of the motion for recusal or disqualification (Doc. 115), the Clerk of Court is respectfully requested to terminate that pending motion.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 11, 2021

**By ECF**
Honorable Philip M. Halpern, U.S.D.J.
U.S. District Court for the Southern District of N
500 Pearl Street
New York, NY 10007

Re:   Greens at Chester, LLC v. Town of Chester, et al.
       S.D.N.Y Docket No. 19-CV-6770 (PMH)

Dear Judge Halpern:

     We represent the Town of Chester, Town Building Inspector James M. Farr, Town Supervisor Robert Valentine, and former Town Supervisor Alexander J. Jamieson, (collectively, the "Town"), in the above-referenced matter. We respectfully submit this correspondence pursuant to the Consent Decree, 3.b., at Docket No. 193 regarding Town's pending motions:

     1.    The Town respectfully requests that the pending motion at sequence No. 115 should be withdrawn.

     2.    The Town respectfully requests that the pending motion at sequence No. 83 be withdrawn as to the relief sought against the Plaintiff only. To the extent the Town's motion at sequence No. 83 adopts and incorporates the County's motion and/or arguments therein at sequence No. 85 as to the Intervenor Plaintiff, the Town respectfully requests that motion be held open because the Town is continuing settlement discussions with the Intervenor Plaintiff pursuant to this Court's referral to the Hon. Paul Davison, U.S.M.J. which is scheduled for a further conference on March 10, 2021.

     Thank you for Your Honor's consideration of the Town's request.

Respectfully submitted,

By: **/s/ Mary E. Brady Marzolla**
Mary E. Brady Marzolla

cc: All Counsel via ECF