UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GREENS AT CHESTER LLC,

                        Plaintiff,

   -against-

TOWN OF CHESTER, JAMES M. FARR, individually
and as Building Inspector of the Town of Chester,
ROBERT VALENTINE, individually and as
Supervisor of the Town of Chester, ALEXANDER J.
JAMIESON, as a former Town Supervisor of the Town
of Chester, STEVEN M. NEUHAUS, Individually and as
County Executive of the County of Orange, and
THE COUNTY OF ORANGE,

                       Defendants.
------------------------------------------------------------------X

~~(PROPOSED)~~ ORDER

No. 19-cv-06770 (PMH)

~~THIS ___ DAY OF SEPTEMBER, 2021~~

      The Court having considered the motion, pursuant to Local Rule 1.4, for Mary E. Brady Marzolla, Esq., and Patrick A. Knowles, Esq., to withdraw as counsel for Defendants, Town of Chester, James M. Farr, Robert Valentine, and Alexander Jamieson in the above referenced action,

      And it appearing to the Court that the relief requested is appropriate,

      IT IS HEREBY ORDERED that Mary E. Brady Marzolla, Esq., and Patrick A. Knowles, Esq., are granted leave to withdraw from their representation of Defendants Town of Chester, James M. Farr, Robert Valentine, and Alexander Jamieson in this action and that such withdrawal is effective immediately.

      The Clerk of Court is requested to terminate the motion (Doc. 215), and to terminate the referenced attorneys as counsel of record in this case.

                                                    _____
                                                  Philip M. Halpern,    U.S.D.J.

                                       Dated:  White Plains, New York
                                                   September 10, 2021